UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERDO GRGUREV and OMER GRGUREV, individually and derivatively,<br><br>                      *Plaintiffs*,<br><br>                -v-<br><br>MILAN LICUL, BRANKO TURCINOVIC, DENNIS TURCINOVIC, FIVE "M" CORP., 268 SH RESTAURANT CORP., DELMONICO'S DISTRIBUTION LLC and 268 SH REALTY CORP.,<br><br>                      *Defendants*,<br><br>                -and-<br><br>OCINOMLED LTD. and<br>50/50 RESTAURANT CORP.,<br><br>                *Nominal Defendants*. | Civil Action No.15-cv-09805 (GHW)<br><br>**ECF CASE**<br><br>**VERIFICATION** |

FERDO GRGUREV, being duly sworn, states as follows:

I am a plaintiff in the above-captioned action, as well as a shareholder in nominal defendants Ocinomled Ltd. and 50/50 Restaurant Corp. I have read the Amended Complaint, know the contents thereof and the same is true to my knowledge, except those matters which are stated to be alleged upon information and belief, and as to those matters I believe them to be true.

                                                                                _____
                                                                                 FERDO GRGUREV

Sworn to before me this
15 day of March, 2016

_____
Notary Public

CHRISTOPHER ROBERT THREET
Notary Public - State of New York
NO. 01TH6270143
Qualified in New York County
My Commission Expires 10/15/16