UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERDO GRGUREV and OMER GRGUREV, individually and derivatively,<br>　　　　　　　　　　Plaintiffs,<br>-v-<br>MILAN LICUL, BRANKO TURCINOVIC, DENNIS TURCINOVIC, FIVE "M" CORP., 268 SH RESTAURANT CORP., DELMONICO'S DISTRIBUTION LLC and 268 SH REALTY CORP.,<br>　　　　　　　　　　Defendants,<br>-and-<br>OCINOMLED LTD. and 50/50 RESTAURANT CORP.,<br>　　　　　　　　　Nominal Defendants. | 15-civ-09805 (GHW)<br><br>ECF Case<br><br>Notice of Motion |

　　　PLEASE TAKE NOTICE that, upon the accompanying Declaration of Alan C. Trachtman and Affidavit of Defendant Dennis Turcinovic, and upon all prior proceedings, pleadings, and filings in this Action, The Law Office of Alan C. Trachtman will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 12C, New York, New York, 10007, before the Honorable Gregory H. Woods, United States District Judge, at a time convenient to the Court, for an Order relieving the Law Office of Alan C. Trachtman as Counsel for Defendant Dennis Turcinovic.

Dated: June 7, 2016
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Law Office of Alan C. Trachtman

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Alan C. Trachtman
　　　　　　　　　　　　　　　　　　　　　48 Wall Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　(212) 918-4750
　　　　　　　　　　　　　　　　　　　　　ACT@TraxLaw.com