UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERDO GRGUREV and OMER GRGUREV, individually and derivatively,<br><br>       Plaintiffs,<br>-v-<br>MILAN LICUL, BRANKO TURCINOVIC, DENNIS TURCINOVIC, FIVE "M" CORP., 268 SH RESTAURANT CORP., DELMONICO'S DISTRIBUTION LLC and 268 SH REALTY CORP.,<br>       Defendants,<br>-and-<br>OCINOMLED LTD. and<br>50/50 RESTAURANT CORP.,<br>Nominal Defendants. | 15-civ-09805<br><br>DECLARATION OF ALAN C. TRACHTMAN IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL |

   Alan C. Trachtman, an attorney admitted to practice in this Court, hereby declares, under penalty of perjury the following:

  1. The Law Office of Alan C. Trachtman currently represents, *inter alia*, Defendant Dennis Turcinovic in the captioned action.  I am the lead attorney.

  2. Pursuant to Local Civil Rule 1.4, The Law Office of Alan C. Trachtman moves this Court for an Order granting permission for The Law Office of Alan C. Trachtman to be relieved as Counsel for Defendant Dennis Turcinovic.  The reason for this request is that Defendant Dennis Turcinovic has retained The Law Offices of Jared M. Lefkowitz as Counsel.

  3. I make this Declaration in support of the aforementioned motion.

4. Relief is proper in the instant matter as Defendant Dennis Turcinovic has retained the counsel of The Law Offices of Jared M. Lefkowitz, creating a satisfactory reason for withdrawal of The Law Office of Alan C. Trachtman.

5. Local Civil Rule 1.4, "Withdrawal or Displacement of Attorney of Record" provides as follows:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien.

6. The Affidavit of Defendant Dennis Turcinovic in Support of this Motion to be Relieved as Counsel is annexed hereto as Exhibit 1.

7. In his Affidavit, Defendant Dennis Turcinovic states in pertinent part: "I confirm that Jared M. Lefkowitz has substituted in as lead attorney on my behalf and that Mr. Lefkowitz has already filed a notice of appearance (docket #49)."

8. The posture of the case is currently pre-trial in the discovery phase, and substitution of The Law Offices of Jared M. Lefkowitz would not pose any delay for the case moving forward.

9. The Law Office of Alan C. Trachtman is not asserting either a retaining or a charging lien against Defendant Dennis Turcinovic.

For the foregoing reasons, this Court should issue an Order relieving the Law Office of Alan C. Trachtman as counsel for Defendant Dennis Turcinovic.

Dated: June 7, 2016
      New York, NY

_____
Alan C. Trachtman