UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FERDO GRGUREV and OMER GRGUREV,     Case No. 15 CV 09805 (GHW)
individually and derivatively,

                       Plaintiffs,

   - against -

MILAN LICUL, BRANKO TURCINOVIC,     **AFFIDAVIT IN SUPPORT**
DENNIS TURCINOVIC, FIVE "M" CORP.,     **OF MOTION TO BE**
268 SH RESTAURANT CORP., DELMONICOS     **RELIEVED AS COUNSEL**
DISTRIBUTION LLC, and 268 SH REALTY CORP.,

                       Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                           )ss:
COUNTY OF NEW YORK  )

          **DENNIS TURCINOVIC**, being duly sworn deposes and says as follows:

1. I am a defendant in the above referenced case.

2. I submit this affidavit in support of the application by The Law Offices of Alan C. Trachtman, Esq. to be relieved as my counsel.

3. I confirm that Jared M. Lefkowitz has substituted in as lead attorney on my behalf and that Mr. Lefkowitz has already filed a notice of appearance (docket #49).

                                                          _____
                                                          DENNIS TURCINOVIC

Sworn to before me this
31st day of May, 2016

_____
Notary Public

JARED LEFKOWITZ
Notary Public, State of New York
No. 02LE6023699
Qualified in New York County
Commission Expires April 26, 2020